# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD WILSON, )<br>Plaintiff, )<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting )<br>Commissioner of Social Security, )<br>Defendant. )<br>_____ ) | NO. SACV 16-1028-CJC (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and the above-captioned action is dismissed with prejudice.

DATED: June 8, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE